Stephen B. Morris (SBN 126192)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
Telephone: (619) 239-1300
Fax: (619) 234-3672

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE SMITH,<br><br>   Plaintiffs,<br><br> v.<br><br>U.S. FOODSERVICE, INC.<br><br>   Defendants. | CASE NO. 11-03765<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: November 18, 2011<br>Time: 8:30 a.m.<br>Courtroom: 6<br>Judge: Charles R. Breyer |

  The parties hereby stipulate to continue the November 18, 2011 case management conference. Plaintiffs' counsel is unavailable on the above date due to a hearing in the Central District of California on the same date. Both parties request that the case management conference be rescheduled to January 13, 2012.

                       MORRIS AND ASSOCIATES

Dated:  November 18, 2011      /s/ Stephen B. Morris
                       _____
                       Stephen B. Morris
                       Attorney for Plaintiffs

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 3 | | |
| 4 | Dated: November 18, 2011 | /s/ Baldwin Lee |
| 5 | | Baldwin Lee<br>Attorney for Defendant |

**IT IS SO ORDERED:**

Dated: \_November 18, 2011

_____
Honorable Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA with signature stamp "IT IS SO ORDERED / Judge Charles R. Breyer"]*

2