1  Stephen B. Morris (SBN 126192)
   **MORRIS and ASSOCIATES**
2  444 West C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 239-1300
   Fax: (619) 234-3672
4

5

6  Attorneys for Plaintiff

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11 JERMAINE SMITH,                    )   CASE NO. 11-03765
                                      )
12         Plaintiffs,                )   **STIPULATION AND ORDER TO**
                                      )   **CONTINUE CASE MANAGEMENT**
13     v.                             )   **CONFERENCE**
                                      )
14 U.S. FOODSERVICE, INC.             )
                                      )   Date: November 18, 2011
15         Defendants.                )   Time: 8:30 a.m.
                                      )   Courtroom: 6
16 _____      )   Judge: Charles R. Breyer

17

18

19
        The parties hereby stipulate to continue the November 18, 2011 case management
20
   conference. Plaintiffs' counsel is unavailable on the above date due to a hearing in the Central
21
   District of California on the same date. Both parties request that the case management conference
22
   be rescheduled to January 13, 2012.
23

24

25
                                                MORRIS AND ASSOCIATES
26

27                                              /s/ Stephen B. Morris
   Dated:      November 18, 2011                _____
28
                                                Stephen B. Morris
                                                Attorney for Plaintiffs

                                                1

|   |   |   |
|---|---|---|
| 1 | | ALLEN MATKINS LECK GAMBLE |
| 2 | | MALLORY & NATSIS LLP |

Dated: November 18, 2011

/s/ Baldwin Lee
_____
Baldwin Lee
Attorney for Defendant

**IT IS SO ORDERED:**

Dated: _November 18, 2011

_____
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA