| | |
|---|---|
| 1 | Stephen B. Morris (SBN 126192) |
| | **MORRIS and ASSOCIATES** |
| 2 | 444 West C Street, Suite 300 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 239-1300 |
| | Fax: (619) 234-3672 |
| 4 | |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| JERMAINE SMITH, | ) | CASE NO. 11-03765 | **ORDER** |
| | ) | ~~PLAINTIFF'S NOTICE OF~~ | |
| Plaintiff, | ) | ~~ADMINISTRATIVE MOTION AND~~ | |
| | ) | ~~ADMINISTRATIVE MOTION FOR~~ | |
| v. | ) | **CONTINUANCE OF FURTHER CASE** | |
| U.S. FOODSERVICE, INC. | ) | **MANAGEMENT CONFERENCE** | |
| | ) | | |
| Defendants. | ) | | |
| _____ | ) | | |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move for an order continuing the Case Management Conference (CMC) from its present date and time of March 16, 2012 at 9:00 a.m., to a future date and time determined by the Court, subsequent to March 22, 2012..

///

///

///

///

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION**

Plaintiff Jermaine Smith hereby requests a continuance of the Further Case Management Conference that has been scheduled on March 16, 2012 at 9:00 a.m. Plaintiff asserts that good cause exists for the Further Case Management Conference to be continued to a future date and time.

**II.    BACKGROUND**

The Initial Case Management Conference was held in this matter on January 13, 2012 at 8:30 a.m. Following the Initial Case Management Conference, the Court ordered that a Further Case Management Conference be scheduled following the deposition of the Plaintiff and potentially the individual who terminated the Plaintiff. The Further Case Management Conference was scheduled for March 16, 2012 at 8:30 a.m., by an order issued by the court on January 13, 2012. (Morris Decl. #2)

**II.    MEDIATION SCHEDULED IN CASE**

A mediator was appointed by the court on January 5, 2012 and the court ordered for a mediation session to take place within the deadlines of ADR, L.R. 6-4. Following the Court's order, Plaintiff and Defendant held a joint phone conference with the mediator on January 31, 2012 at 10:00 a.m. The mediator and both parties agreed the mediation shall be held on March 22, 2012 at 10:00 a.m. (Morris Decl. #3)

**III.   CONCLUSION**

The Case Management Conference is scheduled one week prior to the court ordered Mediation that will be held on March 22, 2012. Plaintiff thus moves to continue the Case Management Conference to a date after the mediation. Plaintiff has been informed that the Defendants do not oppose this motion to continue the Case Management Conference. (Morris Decl. #4)

///

///

1
2     Plaintiff respectfully requests that the Court grant his motion to continue the Case
3 Management Conference to a future time and date to be determined by the Court, subsequent to
4 March 22, 2012.
5
6
7                                 Respectfully Submitted,
8                                 /s/ Stephen B. Morris
9 Dated:     February 15, 2012                 _____
                                          Stephen B. Morris
10                                 Attorney for Plaintiff
11
12
13
14 **IT IS SO ORDERED:**   Case Management Conference continued to March 23, 2012 at 8:30 a.m..
15
16 Dated:     February 16, 2012
17                                 Honorable Charles R. Breyer
18
19
20
21
22
23
24
25
26
27
28

3