IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. FOODSERVICE, INC.,<br><br>        Defendant. | No. C 11-03765 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3765\order dismissing w p.wpd