IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERMAINE SMITH,

        Plaintiff,

  v.

U.S. FOODSERVICE, INC.,

        Defendant.
                                      /

No. C 11-03765 CRB

**ORDER DISMISSING CASE WITH PREJUDICE**

    This matter is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: July 3, 2012

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE